v.

**STATE ETHICS COMMISSION, Respondent.**

Supreme Court of Pennsylvania.

Jan. 19, 2001.

### ORDER

PER CURIAM:

AND NOW, this 19th day of January 2001, the petition for allowance of appeal is **GRANTED**, limited to the issue of whether one hired by a non-profit corporation to serve as chief executive officer of the Philadelphia Gas Works is a "public employee" subject to the state Ethics Act.

**In the Matter of Alan H. HODESBLATT.**

**Petition for Reinstatement.**

**No. 919, Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

Jan. 22, 2001.

### ORDER

PER CURIAM.

AND NOW, this 22nd day of January, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated November 28, 2000, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.